**Order entered August 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00575-CV

## IN THE INTEREST OF B.N.L., H.T.L. AND A.K.L., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-56250-2017**

## ORDER

Before the Court is appellant's August 26, 2020 second motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 28, 2020.

/s/     ERIN A. NOWELL
         JUSTICE